MANHATTAN GUIDE CO. v. GLUCK et al.

(Supreme Court, Appellate Term. December 11, 1906.)

EVIDENCE—VARYING WRITING BY PAROL.

Oral evidence tending to establish an independent collateral agreement as a condition precedent to a contract becoming operative is not evidence tending to vary or impeach a written instrument.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 20, Evidence, § 2049.]

Appeal from Municipal Court, Borough of Manhattan, Sixth District.

Action by the Manhattan Guide Company against John D. Gluck and others. From a judgment for plaintiff, defendants appeal. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, FITZGERALD, and DAVIS, JJ.

Perry Allen, for appellants.
F. Wakefield Kock, for respondent.

PER CURIAM. Oral evidence tending to establish an independent collateral agreement as a condition precedent to a contract becoming operative is not evidence tending to vary or impeach a written instrument, and its exclusion constitutes reversible error. Benton v. Martin, 52 N. Y. 575; Burke v. Dulaney, 153 U. S. 228, 14 Sup. Ct. 816, 38 L. Ed. 698.

Judgment reversed and new trial ordered, with costs to appellants to abide the event.